JONATHAN ACKERMAN COLES, appellant,

*v.*

CITY OF NEWARK et al., respondents.

[Decided March 3d, 1924.]

On appeal from a decree of the court of chancery advised by Vice-Chancellor Backes, whose opinion is reported in *95 N. J. Eq. 73*.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Backes.

*For affirmance*—THE CHIEF-JUSTICE, TRENCHARD, MINTURN, KALISCH, BLACK, KATZENBACH, CAMPBELL, HEPPENHEIMER, GARDNER, VAN BUSKIRK, CLARK—11.

*For reversal*—None.